# EXHIBIT 12

Division of Corporations



Department of State  /  Division of Corporations  /  Search Records  /  Search By Entity Name  /

Next List                                                                                   The Coring Company
                                                                                            Search

## Entity Name List

| Corporate Name | Document Number | Status |
|---|---|---|
| CORING LLC | L19000047643 | InActive |
| CORING & CUTTING GROUP, INC. | F08000004114 | INACT |
| THE CORING AND CUTTING GUYS LLC | L21000161433 | InActive |
| CORING GROUP, LLC | L21000442634 | Active |
| CORINGRATO & ASSOCIATES, INC. | 458892 | INACT |
| CORINICOLE LLC | L13000120403 | InActive |
| CORINI PROPERTIES, LLC | L18000292872 | INACT |
| CORINITA LLC | L15000051515 | INACT |
| CORINITART PAINTING LLC | L21000040048 | Active |
| C.O.R. INJURY CENTERS, INC | P15000094400 | Active |
| COR INJURY CENTERS OF EAST MIAMI INC | P19000013367 | Active |
| C.O.R. INJURY CENTERS OF HIALEAH INC | P16000081211 | Active |
| C.O.R. INJURY CENTERS OF HOLLYWOOD INC | P17000030274 | Active |
| C.O.R. INJURY CENTERS OF HOMESTEAD INC. | P17000030272 | Active |
| C.O.R. INJURY CENTERS OF MIAMI INC | P17000054505 | Active |
| C.O.R. INJURY CENTERS OF NORTH MIAMI INC | P16000044615 | Active |
| COR INJURY CENTERS OF WEST BROWARD INC | L17000003034 | InActive |
| COR INJURY CENTERS OF WEST BROWARD INC | P17000020157 | Active |
| CORIN LEIGH PHOTOGRAPHY, LLC | L14000160262 | InActive |
| CORIN MAINTENANCE SERVICES INC. | P03000111579 | INACT |

Next List                                                                                   The Coring Company
                                                                                            Search

Florida Department of State, Division of Corporations