# EXHIBIT 17

**Kleinbrodt, Julian Wolfe**

| | |
|---|---|
| **From:** | Keith Mathews <keith@aaone.law> |
| **Sent:** | Wednesday, December 22, 2021 3:05 PM |
| **To:** | Kleinbrodt, Julian Wolfe |
| **Cc:** | ayelet@faerman.law; Brass, Rachel S.; Perry, Mark A.; Iovino, Caroline |
| **Subject:** | Re: The Coring Co. v. Apple Inc., No. 21-cv-82235 (S.D. Fla.) |

**[WARNING: External Email]**

Julian,

To be clear we can assent to Apple's response deadline to be 30 days after service, but can agree to no other extensions.

Please note my client's objection on any motion you file.

Thanks,
Keith

> On Dec 22, 2021, at 5:42 PM, Keith Mathews <keith@aaone.law> wrote:
>
> Julian,
>
> We can assent to extending the deadline to 30 days total, but we object to all other requests including moving the case to California.
>
> If I mentioned settlement in my notice it was a scriveners error left over on my form. I am happy to correct it but given the required nature of the relief requested it does not seem like it will change the cases posture.
>
> Thanks,
> Keith
>
>> On Dec 22, 2021, at 4:17 PM, Kleinbrodt, Julian Wolfe <JKleinbrodt@gibsondunn.com> wrote:
>>
>> Counsel,
>>
>> Following your filing of a notice of voluntary dismissal of your claims against Mr. Cook, the Court entered on the docket a note that Apple's responsive pleading to your complaint is due on January 6, 2022.  As you know, because defendants both agreed to service and then returned to you an executed waiver of service prior to Mr. Cook's being dismissed from the case, the true deadline for Apple's responsive pleading is February 14, 2022.  Apple intends to file a motion requesting that the Court confirm Apple's deadline as February 14, 2022, to file a motion to transfer this case to the Northern District of California, and defer the deadline for any Rule 12(b) motion until after the

resolution of that motion to transfer. Please let us know by 6 pm PT today whether you consent to any of this relief or whether you will oppose Apple's requests.

Also, we noted that your filing with respect to Mr. Cook referred to an executed settlement agreement. Please confirm to what this refers.

Julian

**Julian Kleinbrodt**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8382 • Fax +1 415.374.8470
JKleinbrodt@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.