**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 21-82235-CIV-CANNON**

THE CORING COMPANY, on behalf of itself
and all others similarly situated

                            Plaintiffs,

       v.

APPLE INC.

                            Defendant.

**[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION TO**
**SET THE DEADLINE TO MOVE FOR TRANSFER TO FEBRUARY 14, 2022,**
**AND DEFER APPLE'S RESPONSIVE PLEADING DEADLINE**

THIS MATTER is before the Court on Apple Inc.'s Motion to Set the Deadline to Move for Transfer to February 14, 2022, and Defer Apple's Responsive Pleading Deadline ("Motion"). The Court, having considered the papers filed by the parties and all arguments in support of and against the Motion, and finding good cause shown, hereby **GRANTS** the Motion and **ORDERS** Apple Inc. to file any motion to transfer this case no later than February 14, 2022.  If the Court denies the motion to transfer, Apple shall file an answer or motion under Federal Rule of Civil Procedure 12 no later than 21 days after entry of the Court's order.  If the Court grants the motion to transfer, the deadline to file an answer or motion under Federal Rule of Civil Procedure 12 shall be set by the transferee court following transfer of the case.

      **IT IS SO ORDERED.**

      DATED: _____

                                                 _____