# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

## CASE NO. 21-82235-CIV-CANNON

THE CORING COMPANY, on behalf of itself and all others similarly situated

               Plaintiffs,

v.

APPLE INC.

               Defendant.

## **DEFENDANT APPLE INC.'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY**

Pursuant to Local Rule 7.8, Defendant Apple Inc. ("Apple") submits the Order Granting Defendant Apple Inc.'s Motion for an Order Summarily Denying Plaintiff Jeffrey D. Isaacs' Motions for Sanctions, entered in *Coronavirus Reporter et al v. Apple Inc.*, No. 3:21-CV-05567-EMC, Dkt. 100 (N.D. Cal. Jan. 26, 2022) ("Order"), as supplemental authority relating to Defendant Apple Inc.'s Statement of Non-Opposition to Motion for Enlargement of Time and/or Abeyance (Dkt. 27). The Order is relevant to Plaintiff's request for relief as set forth in Dkt. 26, which Apple did not oppose. The Order denies the Motions for Sanctions, one of which was attached as Exhibit 1 to Dkt. 26.

Dated: January 27, 2022                      Respectfully submitted,

                                                      By: /s/ Rachel S. Brass

                                                      GIBSON, DUNN & CRUTCHER LLP
                                                      MARK A. PERRY (pro hac vice)
                                                      mperry@gibsondunn.com
                                                      1050 Connecticut Avenue, N.W.
                                                      Washington, DC 20036-5306

Telephone: (202) 955-8500
Facsimile: (202) 467-0539

RACHEL S. BRASS (pro hac vice)
 rbrass@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: (415) 393-8200
Facsimile: (415) 374-8429

McDERMOTT WILL & EMERY LLP
CAROLINE M. IOVINO (Florida Bar No. 181110)
 ciovino@mwe.com
333 S.E. 2nd Avenue, Suite 4500
Miami, FL 33131
Tel: (305) 358-3500
Fax: (305) 675-8146

*Attorneys for Defendant Apple Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic filing with the Clerk of the Court using CM/ECF this 27th day of January, 2022 on all counsel of record.