GIBSON, DUNN & CRUTCHER LLP
MARK A. PERRY (SBN 212532)
  mperry@gibsondunn.com
RACHEL S. BRASS (SBN 219301)
  rbrass@gibsondunn.com
JULIAN W. KLEINBRODT (SBN 302085)
  jkleinbrodt@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: (415) 393-8200
Facsimile: (415) 374-8429

*Attorneys for Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THE CORING COMPANY, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 3:22-CV-01044-EMC<br><br>**DECLARATION OF RACHEL S. BRASS IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION TO DISMISS COMPLAINT AND MOTION TO STRIKE** |
|---|---|

I hereby declare as follows:

1. I am an attorney licensed to practice in the State of California, and a member of the Bar of this Court. I am a partner at the law firm Gibson, Dunn & Crutcher LLP, counsel of record for Defendant Apple Inc. ("Apple") in this case. I submit this declaration in support of Apple's Motion to Dismiss Complaint and Motion to Strike. I have personal knowledge of the facts stated below and, if called as a witness, I could and would testify competently thereto.

2. Attached to this Declaration as **Exhibit 1** is a true and correct copy of the current Apple Developer Agreement. The Apple Developer Agreement is publicly available at the following URL: https://developer.apple.com/support/downloads/terms/apple-developer-agreement/Apple-Developer-Agreement-20211213-English.pdf.

3. Attached to this Declaration as **Exhibit 2** is a true and correct copy of the current Apple Developer Program License Agreement. The Apple Developer Program License Agreement is publicly available at the following URL: https://developer.apple.com/support/downloads/terms/apple-developer-program/Apple-Developer-Program-License-Agreement-20211213-English.pdf.

4. Attached to this Declaration as **Exhibit 3** is a true and correct copy of Schedules 2 and 3 of the Apple Developer Program License Agreement. Schedules 2 and 3 of the Apple Developer Program License Agreement are publicly available at the following URL: https://developer.apple.com/support/downloads/terms/schedules/Schedule-2-and-3-20220225-English.pdf.

5. Attached to this Declaration as **Exhibit 4** is a true and correct copy of the current App Store Review Guidelines. The App Store Review Guidelines are publicly available at the following URL: https://developer.apple.com/app-store/review/guidelines/.

6. Attached to this Declaration as **Exhibit 5** is a true and correct copy of the Articles of Incorporation for "The Coring Company," located on the Florida Secretary of State, Division of Corporations' official database.

7. Attached to this Declaration as **Exhibit 6** is a true and correct copy of Keith Mathews' Application for Admission of Attorney Pro Hac Vice, filed on July 27, 2021 in *Coronavirus Reporter*

//

*v. Apple Inc.*, 21-cv-5567-EMC (N.D. Cal.) at docket number 8.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on March 11, 2022 at San Francisco, California.

<u>/s/ *Rachel S. Brass*</u>
Rachel S. Brass