# EXHIBIT 5

# Electronic Articles of Incorporation
# For

THE CORING COMPANY

P22000006742
FILED
January 18, 2022
Sec. Of State
jsdennis

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
    THE CORING COMPANY

## Article II
The principal place of business address:
    1000 ELM STREET
    SUITE 800
    MANCHESTER, NH.   03102

The mailing address of the corporation is:
    1000 ELM STREET
    SUITE 800
    MANCHESTER, NH.   03102

## Article III
The purpose for which this corporation is organized is:
    ANY AND ALL LAWFUL BUSINESS.

## Article IV
The number of shares the corporation is authorized to issue is:
    1000

## Article V
The name and Florida street address of the registered agent is:
    KEITH  MATHEWS
    4613 N UNIVERSITY DR
    #578
    CORAL SPRINGS, FL.   33067

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   KEITH MATHEWS

P22000006742
FILED
January 18, 2022
Sec. Of State
jsdennis

## Article VI

The name and address of the incorporator is:

KEITH MATHEWS
1000 ELM STREET
SUITE 800
MANCHESTER NH 03102

Electronic Signature of Incorporator:   KEITH MATHEWS

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The effective date for this corporation shall be:

01/13/2022