# EXHIBIT 6

Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Coronavirus Reporter, et al )
) Case No: CIV-21-05567
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
Apple Inc. et al ) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )

I, Keith Mathews, an active member in good standing of the bar of New Hampshire, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Coronavirus Reporter and Calid Inc. in the above-entitled action. My local co-counsel in this case is Daniel de Souza Clasen, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1000 Elm Street, #800<br>Manchester, NH 03101 | 3746 Foothill Boulevard, #1132<br>Glendale, CA 91214 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (603) 622-8100 | (747) 221-4144 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| Keith@aaone.law | info@clasen.law |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 20997.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/20/21

Keith Mathews
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Keith Mathews is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                           October 2012

# The State of New Hampshire Supreme Court

## Certificate of Good Standing

This is to certify that

### Keith A. Mathews

having been found qualified for admission to the bar, in accordance with the Rules of Court, and having subscribed and taken the oaths required by law on,

June 5, 2012,

was admitted to practice as an Attorney in the Courts of this State, and, on this date, is on active status and in good standing according to the records of this Court.



*In Testimony Whereof,* I have hereunto set my hand, and affixed the seal of said Court, this 27th day of January, 2021.

_____, Clerk