GIBSON, DUNN & CRUTCHER LLP
MARK A. PERRY (SBN 212532)
  mperry@gibsondunn.com
RACHEL S. BRASS (SBN 219301)
  rbrass@gibsondunn.com
JULIAN W. KLEINBRODT (SBN 302085)
  jkleinbrodt@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: (415) 393-8200
Facsimile:  (415) 374-8429

*Attorneys for Apple Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| THE CORING COMPANY, on behalf of themselves and all others similarly situated<br><br>                  Plaintiffs,<br><br>  v.<br><br>APPLE INC.,<br><br>                  Defendant. | Case No. 3:22-CV-01044-EMC<br><br>**DECLARATION OF RACHEL S. BRASS RE: CM/ECF TECHNICAL FAILURE ON MARCH 11, 2022 [L.R. 5-1(d)(5)]** |
|---|---|

I hereby declare as follows:

1.   I am an attorney licensed to practice in the State of California, and a member of the Bar of this Court.  I am a partner at the law firm Gibson, Dunn & Crutcher LLP, counsel of record for Defendant Apple Inc. ("Apple") in this case.  I respectfully submit this declaration under Local Rule 5-1(d)(5) to explain why technical failures prevented Apple from filing its Motion to Dismiss Complaint and Motion to Strike and supporting documents on Friday, March 11, 2022.  I have personal knowledge of the facts stated below and, if called as a witness, I could and would testify competently thereto.

2.   On March 11, 2022, at 1:46 p.m. PT (4:46 p.m. ET), I received an email from the CAND Helpdesk advising that the CM/ECF system for the Northern District of California ("CAND-ECF") was "currently offline, so e-filing and accessing dockets/documents is unavailable."  A true and correct copy of that email is attached hereto as **Exhibit 1**.

3.   At 2:00 p.m. PT, at my direction, attorneys and staff under my supervision attempted to access the CAND-ECF and were unable to connect.

4.   At 3:28 p.m. PT, at my direction, attorneys and staff under my supervision attempted to access the CAND-ECF and were again unable to connect. A true and correct copy of the error message displayed is attached hereto as **Exhibit 2**.

5.   At 4:40 p.m. PT, the Court published an update on its webpage announcing that multiple systems were offline.  A true and correct copy of the Announcement from the United States District Court for the Northern District of California's home page is attached hereto as **Exhibit 3**.

6.   At my direction, attorneys and staff under my supervision attempted to access the CAND-ECF to file electronically at least two times following the 3:28 p.m. PT attempt, separated by at least one hour, and were unsuccessful each time.  Those subsequent attempts were at 6:52 p.m. PT, 8:06 p.m. PT, and 9:21 p.m. PT.  True and correct copies of the error messages displayed are attached hereto as **Exhibits 4–6**.

7.   At 9:29 a.m. PT (12:29 p.m. ET) on Saturday, March 12, 2022, I received an email from the CAND Helpdesk advising that the CAND-ECF was back online, with "all services" having

1  "returned to normal" as of 8:10 a.m. PT that morning.  A true and correct copy of that email is attached
2  hereto as **Exhibit 7**.
3        I declare under penalty of perjury under the laws of the United States that the foregoing is true
4  and correct and that this Declaration was executed on March 14, 2022 at San Francisco, California.

                            /s/ *Rachel S. Brass*
                            Rachel S. Brass