# EXHIBIT 1

**Copeland, Zachary B.**

| | |
|---|---|
| **From:** | Electronic Case Filing News for the Northern District of California <CAND-ECF@nyed.uscourts.gov> on behalf of ECF Helpdesk <ecfhelpdesk@CAND.USCOURTS.GOV> |
| **Sent:** | Friday, March 11, 2022 4:46 PM |
| **To:** | CAND-ECF@NYED.USCOURTS.GOV |
| **Subject:** | SERVICE DISRUPTION: CM/ECF at CAND is Currently Offline |

[WARNING: External Email]

https://ecf.cand.uscourts.gov/ is currently offline, so e-filing and accessing dockets/documents is unavailable.

The service disruption was first reported around 11:20 AM Pacific time, 3/11/2022.

PACER (https://pacer.uscourts.gov/) is also reporting outages. (1:30 PM)

Please check our announcements at https://www.cand.uscourts.gov/ for updated information.


ECFHELPDESK@cand.uscourts.gov