# EXHIBIT 2

## PACER Maintenance, 03/13/2022

Our systems will undergo maintenance on Sunday, March 13, 2022, from 6:55 a.m. to 1:00 p.m. ET. Access to certain portions of this site may be temporarily unavailable.

## Service Interruption

We are experiencing technical difficulties. As a result, some courts may not currently be accessible. We are working to restore normal service as quickly as possible and apologize for any inconvenience.

An official website of the United States government

Feedback

PACER Public Access to Court Electronic Records

Menu

# California Northern District Court

CM/ECF Help Desk: 866-638-7829

https://ecf.cand.uscourts.gov/

RSS

**Login to CM/ECF**

## CM/ECF Information

| | |
|---|---|
| ourt Name | California Northern District |

Listen to This Page

| | |
|---|---|
| Circuit | 09 |
| Software Version | NextGen CM/ECF Release 1.6 (Revision 1.6.3) |
| ECF Go Live Date | April 1, 2001 |
| Maximum PDF File Size | 50 MB |
| Maximum Merge Document Size | 51 MB |

## Court Locations and Contact Information

## Counties in this District

## Flag Definitions

About Us

Policy & Procedures

Privacy

Announcements

Developer Resources

Contact Us

California Northern District Court | PACER: Federal Court Records

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the federal Judiciary. The purpose of this site is to provide information about locating and filing cases in the federal courts.

# PACER Service Center

(800) 676-6856

pacer@psc.uscourts.gov

Object not found!

# Object not found!

The requested URL was not found on this server. If you entered the URL manually please check your spelling and try again.

# Error 404