# EXHIBIT 3



**MENU**

**Announcements**

**SERVICE DISRUPTION: Multiple Systems Currently Offline – March 11, 2022 (Updated 4:40 pm)**
Service disruptions first reported around 11:20 AM Pacific time, 3/11/2022.

- CM/ECF – E-Filing. For information on filing deadlines, please see of Civil Local Rule 5-1(d)(5).
- eVoucher—CJA Electronic Voucher System
- eJuror – Qualification Questionnaire
- PACER is reporting outages in other judiciary locations (1:30 PM)

This announcement will be updated as the situation progresses.

**COURT OPERATIONS AND COURTHOUSE SAFETY PROTOCOLS**
**Before coming to the courthouse, all individuals must review the pre-screening questionnaire and notice.**
Attorneys: see **information** on "hybrid" in-court criminal proceedings incorporating Zoom.

**PRESS AND PUBLIC ACCESS; INFORMATION ON OBSERVING COURT PROCEEDINGS HELD BY VIDEOCONFERENCE**
See notice, list of upcoming hearings held by video, and Zoom guidance for attorneys and other hearing participants.

## Notices

### Deadline March 18, 2022:  Ninth Circuit Civics Contest

District Judge Edward M. Chen Assumes Senior Status

### CM/ECF Users:  NextGen CM/ECF is now live

Northern District Extends Caseload Rebalancing Pilot Program

Update on Court Proceedings, Operations, and Safety Protocols (updated August 2, 2021)