# EXHIBIT 5



## This page isn't working

**ecf.cand.uscourts.gov** didn't send any data.

ERR_EMPTY_RESPONSE

Reload