# EXHIBIT 7

# Copeland, Zachary B.

| | |
|---|---|
| **From:** | Electronic Case Filing News for the Northern District of California <CAND-ECF@nyed.uscourts.gov> on behalf of ECF Helpdesk <ecfhelpdesk@CAND.USCOURTS.GOV> |
| **Sent:** | Saturday, March 12, 2022 12:29 PM |
| **To:** | CAND-ECF@NYED.USCOURTS.GOV |
| **Subject:** | SERVICE DISRUPTION RESOLVED: CM/ECF at CAND is ONLINE |

[WARNING: External Email]

As of approximately 8:10 AM Pacific time, all services have returned to normal.
Please see https://www.cand.uscourts.gov/ for additional information.


ECFHELPDESK@cand.uscourts.gov




-----Original Message-----
From: Electronic Case Filing News for the Northern District of California <CAND-ECF@nyed.uscourts.gov> On Behalf Of ECF Helpdesk
Sent: Friday, March 11, 2022 1:46 PM
To: CAND-ECF@NYED.USCOURTS.GOV
Subject: SERVICE DISRUPTION: CM/ECF at CAND is Currently Offline

https://ecf.cand.uscourts.gov/ is currently offline, so e-filing and accessing dockets/documents is unavailable.

The service disruption was first reported around 11:20 AM Pacific time, 3/11/2022.

PACER (https://pacer.uscourts.gov/) is also reporting outages. (1:30 PM)

Please check our announcements at https://www.cand.uscourts.gov/ for updated information.


ECFHELPDESK@cand.uscourts.gov