IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CORING COMPANY<br>on behalf of itself and all others similarly situated<br><br>                      Plaintiffs,<br><br>vs.<br><br>APPLE INC.<br>                      Defendants. | Case No. 3:22-cv-01044-EMC |

NOTICE OF DISMISSAL OF CASE UNDER FED. R. CIV. P. 41(a)(1)(A)(i)

Coring Counsel hereby notices dismissal under Rule 41(a)(1)(A)(i).

1. Defendant's motion to dismiss recently filed in this case contains numerous false statements which are primarily and inappropriately targeted personally against Dr. Isaacs. Plaintiff reserves the right to file additional notice regarding these issues and intends to refile this matter at an appropriate time.

2. One such false statement is regarding the creation of the Coring Company the entity was created on November 3rd of 2021, however a name transposition issue caused the corporate filing to be held up. (See exhibit A). This was a mistake that this motion falsely and inappropriately ascribes to the intentions of Dr. Isaacs. Inventing a narrative to fit Apple's case instead of getting to the legal issues presented in Coring Company's Complaint.

3. The Defendant's motion to dismiss is replete with such unjust representations focusing on false and reckless character attacks against Dr. Issacs instead of the case itself.

4. "Subject to Rules 23(e), 23.1(c), 23.2 and 66 and any applicable federal statute, the Plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).

5. No Answer or Motion for Summary Judgment has been filed.

WHEREFORE, Plaintiff is entitled to, and hereby Voluntarily Dismisses, all causes pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), *without prejudice*.

Respectfully submitted, this 28th day of March 2022.

/s/ Keith A. Mathews
Keith Mathews, Esq.
Admitted pro hac vice
AWP Legal
1000 Elm Street, Suite 800
Manchester, NH 03105
Tel: (603) 622-8100
Fax: (888) 912-1497

## CERTIFICATION OF SERVICE

I hereby state that on this date the foregoing was served on all parties through the CMECF all other parties served through first class mail.

/s/ Keith Mathews
Keith Mathews