-------- Forwarded Message --------
**Subject:** Corporate Filing - 200378132252
**Date:** Mon, 20 Dec 2021 10:07:57 -0500
**From:** coronline@dos.state.fl.us
**To:** KEITH@AAONE.LAW

Document Number: W21000160150
Entity Name: THE CORING COMPANY
Tracking Number: 200378132252
Pin Number: 2252

We received your online transmitted document. However, the document has not been filed for the following:

You have not completed the "registered agent" section correctly. You have listed the first name in the block designated for the last name and the last name in the block designated for the first name. Please correct the document accordingly.
Please enter the full first name of the registered agent.

You must list at least one incorporator with a complete business street address including city and state.

Section 607.0120(6)(b), or 617.0120(6)(b), Florida Statutes, requires that articles of incorporation be executed by an incorporator.

To make the necessary corrections to your filing, return to our website at www.sunbiz.org <http://www.sunbiz.org> and select the filing type you are wanting to correct under the 'Filing Services' menu and click on the 'File or Correct' button.

Then enter your tracking number and pin number in correction box on the right hand side of the screen. Both of these numbers are listed in the top portion of this email. Next, simply click on "update filing" to access the document you previously submitted to our office.
Please disregard this letter if you have contacted our office and were advised how to correct your document online.
This filing will be considered abandoned in 60 days, if no response is received.
If you have any questions concerning your filing please call 850-245-6052.
Steve Kurisko
Regulatory Specialist II
New Filings


Letter Number: 211220100513-200378132252

--
Sent from Gmail mobile